UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN LEE ANTHONY,

          Petitioner,

Civil No. 25-2080 (JRT/DTS)

v.

WILLIAM BOLIN, *Warden*.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

          Defendant.

---

Kevin Lee Anthony, 970 Pickett Street North, Bayport, MN 55003, pro se Petitioner.

Mark Victor Griffin, **HENNEPIN COUNTY ATTORNEY**, C2000 Government Center, 300 South 6th Street, Minneapolis, MN 55487, and

Thomas R. Ragatz, **MINNESOTA ATTORNEY GENERAL'S OFFICE – CRIMINAL APPEALS**, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge David T. Schultz dated August 29, 2025 (Docket No. [12]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. Petitioner Kevin Lee Anthony's habeas petition [1] be **DENIED**.

    2. No certificate of appealability be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February, 3, 2026            _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                       United States District Judge